AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Elisa W., et al. )<br><br>*Plaintiff* )<br>v. )<br>The City of New York, et. al. )<br>(See Attachment A for full case caption) )<br>*Defendant* ) | Civil Action No. 1:15-cv-5273 (LTS) (HBP) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Child Welfare Services on behalf of the New York State Office of Children and
Family Services
Child Welfare Services
Kerri Barber, Director
Capital View Office Park, Room 115S
52 Washington Street
Rensselaer, NY 12144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Julie A. North                    Jennifer Levy
Cravath, Swaine & Moore LLP       Public Advocate for the City of New York
825 Eighth Avenue                 1 Centre Street, 15th Floor
New York, NY 10019                New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/8/2015                    /s/ L. Aquino
                                  *Signature of Clerk or Deputy Clerk*

Case 1:15-cv-05273-LTS   Document 23   Filed 07/09/15   Page 2 of 3

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-5273 (LTS) (HPB)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) CHILD WELFARE SERVICES ON BEHALF OF THE NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES, BY SERVING AND ACCEPTED BY KERRI BARBER, DIRECTOR

☒ I personally served the summons on the individual at *(place)* Capital View Office Park, 52 Washington Street Room 115S, Rensselaer, NY 12144 on *(date)* 7/9/2015 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 7/9/2015

*Server's signature*

Corey Doyle - Process Server
*Printed name and title*

299 Hamiliton Street
Albany, NY 12210

*Server's address*

Additional information regarding attempted service, etc:

82260

## ATTACHMENT A TO SUMMONS

ELISA W., by her next friend, Elizabeth Barricelli; ALEXANDRIA R., by her next friend, Alison Max Rothschild; THIERRY E., by his next friend, Amy Mulzer; AYANNA J., by her next friend, Meyghan McCrea; OLIVIA and ANA-MARIA R., by their next friend, Dawn Cardi; XAVION M., by his next friend, Michael B. Mushlin; DAMEON C., by his next friend, Reverend Doctor Gwendolyn Hadley-Hall; TYRONE M., by his next friend, Bishop Lillian Robinson-Wiltshire; and BRITTNEY W., by her next friend, Liza Camellerie, individually and on behalf of a class of all others similarly situated, and LETITIA JAMES, the Public Advocate for the City of New York,

                                          Plaintiffs,

-against-

THE CITY OF NEW YORK; the NEW YORK CITY ADMINISTRATION FOR CHILDREN'S SERVICES; GLADYS CARRIÓN, Commissioner of the New York City Administration for Children's Services, in her official capacity; the STATE OF NEW YORK; the NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES; and SHEILA J. POOLE, Acting Commissioner of the New York State Office of Children and Family Services, in her official capacity,

                                          Defendants.