AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Elisa W., et al. | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 1:15-cv-5273 (LTS) (HBP) |
| The City of New York, et. al. | ) |
| (See Attachment A for full case caption) | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Child Welfare Services on behalf of Sheila J. Poole, Acting Commissioner of the
New York State Office of Children and Family Services, in her official capacity
Child Welfare Services
Kerri Barber, Director
Capital View Office Park, Room 115S
52 Washington Street
Rensselaer, NY 12144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Julie A. North | Jennifer Levy |
| Cravath, Swaine & Moore LLP | Public Advocate for the City of New York |
| 825 Eighth Avenue | 1 Centre Street, 15th Floor |
| New York, NY 10019 | New York, NY 10007 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    7/8/2015        /s/ L. Aquino

*Signature of Clerk or Deputy Clerk*

Case 1:15-cv-05273-LTS   Document 16   Filed 07/09/15   Page 2 of 3

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-5273 (LTS)(HPB)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any)   CHILD WELFARE SERVICES ON BEHALF OF SHEILA J. POOLE, ACTING COMMISSIONER OF THE NEW YORK STATE OFFICE OF CHILDREN AND FAMILY SERVICES, IN HER OFFICAL CAPACITY, BY SERVING AND ACCEPTED BY KERRI BARBER, DIRECTOR

was received by me on (date) 7/9/2015

☒ I personally served the summons on the individual at (place)   Capital View Office Park, 52 Washington Street Room 115S, Rensselaer, NY 12144                                     on (date)   7/9/15   ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)

_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization)
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   7/9/2015

_____
Server's Signature

Corey Doyle – Process Server
Printed name and title

299 Hamiliton Street
Albany, NY 12210

_____
Server's address

Additional information regarding attempted service, etc:

82261

**ATTACHMENT A TO SUMMONS**

---

ELISA W., by her next friend, Elizabeth
Barricelli; ALEXANDRIA R., by her next friend,
Alison Max Rothschild; THIERRY E., by his next
friend, Amy Mulzer; AYANNA J., by her next
friend, Meyghan McCrea; OLIVIA and ANA-
MARIA R., by their next friend, Dawn Cardi;
XAVION M., by his next friend, Michael B.
Mushlin; DAMEON C., by his next friend,
Reverend Doctor Gwendolyn Hadley-Hall;
TYRONE M., by his next friend, Bishop Lillian
Robinson-Wiltshire; and BRITTNEY W., by her
next friend, Liza Camellerie, individually and on
behalf of a class of all others similarly situated,
and LETITIA JAMES, the Public Advocate for
the City of New York,

Plaintiffs,

-against-

THE CITY OF NEW YORK; the NEW YORK
CITY ADMINISTRATION FOR CHILDREN'S
SERVICES; GLADYS CARRIÓN, Commissioner
of the New York City Administration for
Children's Services, in her official capacity; the
STATE OF NEW YORK; the NEW YORK
STATE OFFICE OF CHILDREN AND FAMILY
SERVICES; and SHEILA J. POOLE, Acting
Commissioner of the New York State Office of
Children and Family Services, in her official
capacity,

Defendants.

---