ELISA W., by her next friend, Elizabeth
Barricelli, et al.;

                                Plaintiffs,

                -against-

THE CITY OF NEW YORK, et al.;

                                Defendants.

15 Civ. 5273

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    **PLEASE ENTER** my appearance as counsel in this case on behalf of Plaintiff **LETITIA JAMES**, 1 Centre St., 15th Flr., New York, N.Y. 10007, (212) 669-7200.

    I certify that I am admitted to practice in this Court.

Dated: July 14, 2015
       New York, N.Y.

 

_____
JENNIFER LEVY (JL 1681)
General Counsel – Litigation
Office of the Public Advocate
1 Centre St., 15th Flr.
New York, N.Y. 10007
(212) 669-2175 (phone)
(212) 669-4701 (fax)
JLevy@pubadvocate.nyc.gov (e-mail)