AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| ELISA W., by her next friend, Elizabeth Barricelli, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  15 cv 5273 (LTS) (HBP) |
| THE CITY OF NEW YORK, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Elisa W., by her next friend, Elizabeth Barricelli; Alexandria R., by her next friend, Alison Max Rothschild; Thierry E., by his next friend, Amy Mulzer; Ayanna J., by her next friend, Meyghan McCrea; Olivia and Ana-Maria R., by their next friend, Dawn Cardi; Xavion M., by his next friend, Michael B. Mushlin; Dameon C., by his next friend, Reverend Doctor Gwendolyn Hadley-Hall; Tyrone M., by his next friend, Bishop Lillian Robinson-Wiltshire; and Brittney W., by her next friend, Liza Camellerie, individually and on behalf of a class of all others similarly situated,

Date:  07/15/2015

/s/ Marcia R. Lowry
*Attorney's signature*

Marcia R. Lowry  ML-5501
*Printed name and bar number*

A Better Childhood, Inc.
1095 Hardscrabble Road
Chappaqua, NY 10514

*Address*

mlowry@abetterchildhood.org
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*