AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| ELISA W., et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:15-cv-05273-LTS-HBP |
| The City Of New York, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Elisa W., Ayanna J., Dameon C., Olivia R., Alexandria R., Thierry E., Ana-Maria R., Xavion M., Tyrone M. and Brittney W.

Date: 09/10/2015

/s/ Nicole M. Peles
*Attorney's signature*

Nicole M. Peles
*Printed name and bar number*

Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
*Address*

npeles@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*