**Appendix A[1]**

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| Abbott House | Agreement for the Purchase of Regular Family Foster Care Services | April 25, 2011 | | July 1, 2011 to June 30, 2016 | $32,620,141.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |

[1] Appendix A lists all contracts between Defendant City of New York, acting through Defendant New York City Administration for Children's Services ("ACS"), and the Contract Agencies ("Agreements"). (*See* Am. Compl. ¶ 203 n.1.)

[2] Each Agreement between the Contract Agency and ACS is for a *particular* set of foster placement services. Therefore, one Contract Agency may have multiple Agreements with ACS, each for a different type of placement. (*Id.*)

[3] The "Execution Date" represents the date on which the Agreement was signed by ACS and the Contract Agency.

[4] The "Modification Date" represents the date, where applicable, on which the Agreement was modified during the original term of the Agreement.

[5] The "Contract Term" represents the duration of the Agreement between ACS and the Contract Agency.

[6] The "Contract Amount" represents the amount ACS pays to the Contract Agency for its services under the Agreement.

[7] This column provides the exact provision of each Agreement that corresponds to the provision alleged in Paragraph 354 of the Amended Complaint.

[8] This column provides the exact provision of each Agreement that corresponds to the provision alleged in Paragraphs 355 and 357 of the Amended Complaint.

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| | Agreement for the Purchase of Specialized Treatment Family Foster Care Services: Foster Children with Moderate to Severe Emotional Disorders | May 12, 2011 | | July 1, 2011 to June 30, 2016 | $7,214,229.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| Cardinal McCloskey Community Services | Agreement for the Purchase of Regular Family Foster Care Services | April 27, 2011 | | July 1, 2011 to June 30, 2016 | $40,982,185.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of Specialized Treatment Family Foster Care Services: Foster Children with Moderate to Severe Emotional Disorders | May 20, 2011 | | July 1, 2011 to June 30, 2016 | $7,631,125.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| Catholic Guardian Services | Agreement for the Purchase of Regular Family Foster Care Services | April 28, 2011 | | July 1, 2011 to June 30, 2016 | $113,120,889.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of Regular Residential Care Services | February 23, 2011 | December 20, 2013 | April 1, 2011 to June 30, 2014 | $8,093,067.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | | May 27, 2014 (Renewal)[9] | | July 1, 2014 to June 30, 2017 | $10,357,397.00 | | |
| | Agreement for the Purchase of Specialized Family Foster Care Services: Foster Children with MR/DD[10] | May 2, 2011 | | July 1, 2011 to June 30, 2016 | $1,712,751.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |

[9] The Agreements often provide ACS with the option to renew, and any renewal contract currently in effect (and cited herein) incorporates the provisions of the initial Agreement by reference. Therefore, the Contract Agency is still bound by its obligations and duties under the initial Agreement.

[10] Agreement is for the purchase of specialized family foster care services for foster children with mental retardation, development delays and/or disabilities.

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| | Agreement for the Purchase of Specialized Family Foster Care Services: Foster Children with Special Medical Needs[11] | May 12, 2011 | | July 1, 2011 to June 30, 2016 | $8,778,093.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |

[11] Agreement is for the purchase of specialized family foster care services for foster children with special medical needs including HIV and/or AIDS.

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| | Agreement for the Purchase of Specialized Treatment Family Foster Care Services: Foster Children with Moderate to Severe Emotional Disorders | May 12, 2011 | | July 1, 2011 to June 30, 2016 | $29,432,509.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| Cayuga Centers[12] | Agreement for the Purchase of Specialized Treatment Family Foster Care Services: Foster Children with Moderate to Severe Emotional Disorders | May 16, 2011 | May 21, 2013 | July 1, 2011 to June 30, 2016 | $6,197,603.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |

[12] In August 2011, Cayuga Home for Children changed its name to Cayuga Centers.

5

6

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| The Children's Aid Society | Agreement for the Purchase of Regular Family Foster Care Services | April 29, 2011 | First modification: September 5, 2012<br><br>Second modification: August 5, 2013 | July 1, 2011 to June 30, 2016 | $55,125,034.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of Specialized Family Foster Care Services: Foster Children with MR/DD | May 6, 2011 | | July 1, 2011 to June 30, 2016 | $4,621,164.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of Specialized Family Foster Care Services: Foster Children with Special Medical Needs | May 13, 2011 | | July 1, 2011 to June 30, 2016 | $29,575,452.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| | Agreement for the Purchase of Specialized Treatment Family Foster Care Services: Foster Children with Moderate to Severe Emotional Disorders | May 13, 2011 | | July 1, 2011 to June 30, 2016 | $25,007,007.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| The Children's Village | Agreement for the Purchase of Regular Family Foster Care Services | May 18, 2011 | | July 1, 2011 to June 30, 2016 | $27,027,467.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |
| | | May 24, 2012[13] | | July 1, 2012 to June 20, 2016 | Unknown | | |
| | Agreement for the Purchase of | March 4, 2011 | February 12, 2014 | April 1, 2011 to June 30, 2014 | $30,980,569.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |

[13] This represents an assignment of the Agreement between ACS and Harlem Dowling-West Side Center for Children and Family Services to The Children's Village.  All information provided is for the term of the Agreement assigned to Children's Village.  Under the assignment, The Children's Village accepts all obligations and duties under the Agreement.

7

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| | Regular Residential Care Services | May 23, 2014 (Renewal) | | July 1, 2014 to June 30, 2017 | $36,133,610.00 | | |
| | Agreement for the Purchase of Specialized Treatment Family Foster Care Services: Foster Children with Moderate to Severe Emotional Disorders | June 6, 2011 | | July 1, 2011 to June 30, 2016 | $12,330,034.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | | May 24, 2012[14] | October 10, 2012 | July 1, 2012 to June 20, 2016 | $4,880,957.00 | | |
| | Agreement for the Purchase of Specialized Residential Care Services: Rapid Intervention Center Services | February 23, 2011 | | April 1, 2011 to June 30, 2014 | $5,025,496.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | | May 6, 2014 (Renewal) | | July 1, 2014 to June 30, 2017 | $3,857,212.00 | | |
| | Agreement for the Purchase of | February 8, 2011 | January 29, 2014 | April 1, 2011 to June 30, 2014 | $5,736,433.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |

[14] This represents an assignment of the Agreement between ACS and Harlem Dowling-West Side Center for Children and Family Services to The Children's Village.  All information provided is for the term of the Agreement assigned to Children's Village.  Under the assignment, The Children's Village accepts all obligations and duties under the Agreement.

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
|  | Specialized Residential Care Services: Foster Children with Sexual Behavior Problems and Foster Children Who Have Sexually Abusive Behaviors | May 6, 2014 (Renewal) |  | July 1, 2014 to June 30, 2017 | $7,397,633.00 |  |  |
| Coalition for Hispanic Family Services | Agreement for the Purchase of Regular Family Foster Care Services | April 28, 2011 |  | July 1, 2011 to June 30, 2016 | $28,152,199.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |
|  | Agreement for the Purchase of Specialized Treatment Family Foster Care Services: Foster Children with Moderate to Severe Emotional Disorders | June 3, 2011 |  | July 1, 2011 to June 30, 2016 | $12,184,248.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| Community Counseling & Mediation Services | Agreement for the Purchase of Regular Family Foster Care Services[15] | May 6, 2011 | | July 1, 2011 to June 30, 2016 | $7,308,387.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |
| Edwin Gould Services for Children and Families | Agreement for the Purchase of Regular Family Foster Care Services | May 5, 2011 | | July 1, 2011 to June 30, 2016 | $101,200,567.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |
| Sheltering Arms[16] | Agreement for the Purchase of Regular Family Foster Care Services | May 2, 2011 | August 16, 2012 | July 1, 2011 to June 30, 2016 | $45,571,723.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of Regular Residential Care Services | February 14, 2011 | December 5, 2013 | April 1, 2011 to June 30, 2014 | $6,463,360.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | | May 28, 2014 (Renewal) | | July 1, 2014 to June 30, 2017 | $6,659,346.00 | | |

---

[15] Attached hereto as Exhibit 1.

[16] In February 2015, Episcopal Social Services changed its name to Sheltering Arms.

10

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| Forestdale, Inc. | Agreement for the Purchase of Regular Family Foster Care Services | May 2, 2011 | | July 1, 2011 to June 30, 2016 | $54,307,026.00 | Part II, Section 2.01 (A) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of Specialized Treatment Family Foster Care Services: Foster Children with Moderate to Severe Emotional Disorders | May 18, 2011 | July 27, 2012 | July 1, 2011 to June 30, 2016 | $6,738,683.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| Good Shepherd Services | Agreement for the Purchase of Regular Family Foster Care Services | April 26, 2011 | | July 1, 2011 to June 30, 2016 | $48,041,837.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| | Agreement for the Purchase of Specialized Treatment Family Foster Care Services: Foster Children with Moderate to Severe Emotional Disorders | May 16, 2011 | | July 1, 2011 to June 30, 2016 | $14,777,797.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of Specialized Residential Care Services: Rapid Intervention Center Services | February 17, 2011 / May 23, 2014 (Renewal) | July 1, 2014 | April 1, 2011 to June 30, 2014 / July 1, 2014 to June 30, 2017 | $12,807,224.00 / $8,323,187.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| Graham Windham | Agreement for the Purchase of Regular Family Foster Care Services | April 26, 2011 | | July 1, 2011 to June 30, 2016 | $98,971,277.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of Regular Residential Care Services | February 11, 2011 / May 27, 2014 (Renewal) | December 10, 2013 | April 1, 2011 to June 30, 2014 / July 1, 2014 to June 30, 2017 | $19,969,972.00 / $20,093,682.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| | Agreement for the Purchase of Specialized Treatment Family Foster Care Services: Foster Children with Moderate to Severe Emotional Disorders | May 12, 2011 | | July 1, 2011 to June 30, 2016 | $20,233,547.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| Inwood House | Agreement for the Purchase of Regular Family Foster Care Services | May 12, 2011 | | July 1, 2011 to June 30, 2016 | $5,492,417.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of Regular Residential Care Services | February 15, 2011 | January 29, 2014 | April 1, 2011 to June 30, 2014 | $12,588,781.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | | June 4, 2014 (Renewal) | | July 1, 2014 to June 30, 2017 | $11,155,610.00 | | |
| Jewish Board of Family and Children Services | Agreement for the Purchase of Regular Residential Care Services | February 10, 2011 | December 13, 2013 | April 1, 2011 to June 30, 2014 | $30,540,022.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | | May 23, 2014 (Renewal) | | July 1, 2014 to June 30, 2017 | $31,681,430.00 | | |

13

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| Jewish Child Care Association | Agreement for the Purchase of Specialized Residential Care Services: Rapid Intervention Center Services | February 9, 2011 | | April 1, 2011 to June 30, 2014 | $7,719,642.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | | May 23, 2014 (Renewal) | | July 1, 2014 to June 30, 2017 | $8,194,802.00 | | |
| | Agreement for the Purchase of Regular Family Foster Care Services | May 9, 2011 | | July 1, 2011 to June 30, 2016 | $46,893,541.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of Regular Residential Care Services | February 16, 2011 | | April 1, 2011 to June 30, 2014 | $39,222,695.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | | June 9, 2014 (Renewal) | | July 1, 2014 to June 30, 2017 | $37,577,196.00 | | |
| | Agreement for the Purchase of Specialized Family Foster Care Services: Foster Children with Special Medical Needs | May 12, 2011 | | July 1, 2011 to June 30, 2016 | $5,954,067.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| | Agreement for the Purchase of Specialized Family Foster Care Services: Foster Children Who Have Been Sexually Exploited | June 7, 2011 | August 19, 2013 | July 1, 2011 to June 30, 2016 | $5,153,487.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of Specialized Treatment Family Foster Care Services: Foster Children with Moderate to Severe Emotional Disorders | May 23, 2011 | | July 1, 2011 to June 30, 2016 | $37,224,720.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of Specialized Residential Care Services: Foster Children with MR/DD | February 16, 2011 | | April 1, 2011 to June 30, 2014 | $20,637,715.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | | April 22, 2014 (Renewal) | | July 1, 2014 to June 30, 2017 | $42,997,847.00 | | |

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| | Agreement for the Purchase of Specialized Residential Care Services: Foster Children Who Have Been Sexually Exploited | February 16, 2011<br><br>April 22, 2014 (Renewal) | | April 1, 2011 to June 30, 2014<br><br>July 1, 2014 to June 30, 2017 | $5,085,389.00<br><br>$5,559,687.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| Leake & Watts | Agreement for the Purchase of Regular Family Foster Care Services | May 11, 2011 | | July 1, 2011 to June 30, 2016 | $37,842,101.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of Regular Residential Care Services | March 3, 2011<br><br>May 28, 2014 (Renewal) | December 10, 2013 | April 1, 2011 to June 30, 2014<br><br>July 1, 2014 to June 30, 2017 | $4,362,472.00<br><br>$4,061,071.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of Specialized Treatment Family Foster Care Services: Foster Children with Moderate to Severe Emotional Disorders | May 11, 2011 | | July 1, 2011 to June 30, 2016 | $3,593,687.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| Little Flower Children & Family Services of New York | Agreement for the Purchase of Regular Family Foster Care Services | May 6, 2011 | | July 1, 2011 to June 30, 2016 | $88,302,176.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |
| Lutheran Social Services | Agreement for the Purchase of Regular Family Foster Care Services | April 25, 2011 | | July 1, 2011 to June 30, 2016 | $21,054,395.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of Regular Residential Care Services | February 7, 2011 | December 5, 2013 | April 1, 2011 to June 30, 2014 | $3,950,366.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | | May 28, 2014 (Renewal) | | July 1, 2014 to June 30, 2017 | $3,223,787.00 | | |
| Martin de Porres Group Homes | Agreement for the Purchase of Specialized Residential Care Services: Foster Children with Sexual Behavior Problems and Foster Children Who Have Sexually Abusive Behaviors | February 7, 2011 | | April 1, 2011 to June 30, 2014 | $2,054,140.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | | May 6, 2014 (Renewal) | | July 1, 2014 to June 30, 2017 | $2,438,348.00 | | |

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| MercyFirst | Agreement for the Purchase of Regular Family Foster Care Services | April 28, 2011 | | July 1, 2011 to June 30, 2016 | $65,147,483.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of Regular Residential Care Services | February 17, 2011 | December 4, 2013 | April 1, 2011 to June 30, 2014 | $31,794,459.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | | June 4, 2014 (Renewal) | | July 1, 2014 to June 30, 2017 | $15,154,548.00 | | |
| | Agreement for the Purchase of Specialized Treatment Family Foster Care Services: Foster Children with Moderate to Severe Emotional Disorders | May 12, 2011 | | July 1, 2011 to June 30, 2016 | $8,398,419.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of | February 17, 2011 | | April 1, 2011 to June 30, 2014 | $4,173,742.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| | Specialized Residential Care Services: Foster Children with Sexual Behavior Problems and Foster Children Who Have Sexually Abusive Behaviors | May 14, 2014 (Renewal) | | July 1, 2014 to June 30, 2017 | $4,485,962.00 | | |
| New Alternatives for Children | Agreement for the Purchase of Specialized Family Foster Care Services: Foster Children with MR/DD | April 29, 2011 | | July 1, 2011 to June 30, 2016 | $10,081,761.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of Specialized Family Foster Care Services: Foster Children with Special Medical Needs | May 12, 2011 | | July 1, 2011 to June 30, 2016 | $19,329,177.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| | Specialized Treatment Family Foster Care (Children with Moderate to Severe Emotional Disorders) | May 12, 2011 | August 2, 2012 | July 1, 2011 to June 30, 2016 | $10,142,649.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| The New York Foundling | Agreement for the Purchase of Regular Family Foster Care Services | April 20, 2011 | | July 1, 2011 to June 30, 2016 | $102,571,421.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of Regular Residential Care Services | February 7, 2011 | First modification: April 4, 2013 Second modification: December 3, 2013 | April 1, 2011 to June 30, 2014 | $24,482,998.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | | May 21, 2014 (Renewal) | | July 1, 2014 to June 30, 2017 | $12,145,552.00 | | |

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| | Agreement for the Purchase of Specialized Treatment Family Foster Care Services: Foster Children with Moderate to Severe Emotional Disorders | May 10, 2011 | | July 1, 2011 to June 30, 2016 | $30,247,247.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| Ohel Children's Home and Family Services | Agreement for the Purchase of Regular Family Foster Care Services | May 6, 2011 | | July 1, 2011 to June 30, 2016 | $4,339,249.00 | Part II, Section 2.01 (A) | Part II, Section 4.01(A) and (B) |
| Saint Dominic's Home | Agreement for the Purchase of Regular Family Foster Care Services | May 4, 2011 | | July 1, 2011 to June 30, 2016 | $41,220,075.00 | Part II, Section 2.01 (A) | Part II, Section 4.01(A) and (B) |

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
|  | Agreement for the Purchase of Specialized Treatment Family Foster Care Services: Foster Children with Moderate to Severe Emotional Disorders | May 12, 2011 |  | July 1, 2011 to June 30, 2016 | $7,526,901.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| Saint John's Residence for Boys | Agreement for the Purchase of Regular Residential Care Services | February 10, 2011 | December 3, 2013 | April 1, 2011 to June 30, 2014 | $11,759,549.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
|  |  | May 21, 2014 (Renewal) |  | July 1, 2014 to June 30, 2017 | $12,048,961.00 |  |  |
| Saint Vincent's Services | Agreement for the Purchase of Regular Family Foster Care Services | April 20, 2011 |  | July 1, 2011 to June 30, 2016 | $73,624,372.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |
|  | Agreement for the Purchase of Regular Residential Care Services | March 1, 2011 | July 2, 2012 | April 1, 2011 to June 30, 2014 | $16,695,445.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
|  |  | June 2, 2014 (Renewal) |  | July 1, 2014 to June 30, 2017 | $14,020,812.00 |  |  |

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| | Agreement for the Purchase of Specialized Family Foster Care Services: Foster Children with Special Medical Needs | May 9, 2011 | | July 1, 2011 to June 30, 2016 | $10,385,844.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| SCO Family of Services | Agreement for the Purchase of Regular Family Foster Care Services | May 2, 2011 | | July 1, 2011 to June 30, 2016 | $145,833,024.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |
| | Agreement for the Purchase of Regular Residential Care Services | February 15, 2011 | First modification: March 2, 2012  Second modification: June 14, 2012  Third modification: April 11, 2014 | April 1, 2011 to June 30, 2014 | $41,194,011.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
| | | June 13, 2014 (Renewal) | | July 1, 2014 to June 30, 2017 | $40,116,505.00 | | |

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
|  | Agreement for the Purchase of Specialized Treatment Family Foster Care Services: Foster Children with Moderate to Severe Emotional Disorders | May 18, 2011 |  | July 1, 2011 to June 30, 2016 | $37,805,928.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
|  | Agreement for the Purchase of Specialized Residential Care Services: Foster Children with MR/DD | February 9, 2011 | February 14, 2013 | April 1, 2011 to June 30, 2014 | $26,190,867.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |
|  |  | May 1, 2014 (Renewal) |  | July 1, 2014 to June 30, 2017 | $32,841,664.00 |  |  |
| Seamen's Society for Children & Families | Agreement for the Purchase of Regular Family Foster Care Services | April 21, 2011 |  | July 1, 2011 to June 30, 2016 | $48,460,000.00 | Part II, Section 2.01(A) | Part II, Section 4.01(A) and (B) |

25

| Contract Agency | Type of Contract[2] | Execution Date[3] | Modification Date (where applicable)[4] | Contract Term[5] | Contract Amount[6] | Scope of Services: General Requirements[7] | Responsibility and Authority of ACS and Procedure for Final Decisions on Issues Related to Services Provided to the Client[8] |
|---|---|---|---|---|---|---|---|
| | Agreement for the Purchase of Specialized Treatment Family Foster Care Services: Foster Children with Moderate to Severe Emotional Disorders | May 17, 2011 | November 22, 2013 | July 1, 2011 to June 30, 2016 | $13,012,034.00 | Part II, Section 2.01(B) | Part II, Section 4.01(A) and (B) |