AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| ELISA W., by her next friend, Elizabeth Barricelli, et al. ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 15 Civ. 5273 (LTS) (HBP) |
| THE CITY OF NEW YORK, et al. ) | | |
| *Defendant* ) | | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ELISA W., by her next friend, Elizabeth Barricelli; ALEXANDRIA R., by her next friend, Alison Max Rothschild; THIERRY E., by his next friend, Amy Mulzer; LUCAS T., XIMENA T., JOSE T.C. and VALENTINA T.C., by their next friend, Rachel Friedman; AYANNA J., by her next friend, Meyghan McCrea; OLIVIA and ANA-MARIA R., by their next friend, Dawn Cardi; XAVION M., by his next friend, Michael B. Mushlin; DAMEON C., by his next friend, Reverend Doctor Gwendolyn Hadley-Hall; TYRONE M., by his next friend, Bishop Lillian Robinson-Wiltshire; BRITTNEY W., by her next friend, Liza Camellerie; MIKAYLA G., by her next friend, Amy Mulzer; MYLS J. and MALIK M., by their next friend, Elizabeth Hendrix; and EMMANUEL S. and MATTHEW V., by their next friend, Samuel D. Perry, individually and on behalf of a class of all others similarly situated.

Date: 01/26/2016

/s/ Rachel J. Lamorte
*Attorney's signature*

Rachel J. Lamorte
*Printed name and bar number*

Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
*Address*

rlamorte@cravath.com
*E-mail address*

(212) 474-1000
*Telephone number*

(212) 474-3700
*FAX number*