UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-27-2016

ELISA W., by her next friend, Elizabeth Barricelli, *et al.*,

        Plaintiffs,

-against-

THE CITY OF NEW YORK, *et al.*,

        Defendants.

NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)

Case No. 15 Civ. 1:115-cv-5273
(LTS)(HBP)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE THAT** pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, counsel for the Plaintiff Public Advocate for the City of New York, Letitia James, hereby gives notice that the abovecaptioned action is voluntarily dismissed, without prejudice against the Defendants the CITY OF NEW YORK, the NEW YORK CITY ADMINISTRATION FOR CHILDREN'S SERVICES; and GLADYS CARRIÓN, Commissioner of the New York City Administration for Children's Services, in her official capacity.

Date: January 25, 2016
    New York, N.Y.

Jennifer Levy, Esq. (JL 1681)
General Counsel – Litigation to
Public Advocate for the City of New York
Letitia James
1 Centre St., 15th Flr.
New York, N.Y. 10007
(212) 669-2175 (phone)
(212) 669-4701 (fax)
JLevy@pubadvocate.nyc.gov (e-mail)

**SO ORDERED:**

_____ 1/27/16
U.S.D.J.