UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., by her next friend, Elizabeth Barricelli, *et al.*,

                Plaintiffs,

-against-

THE CITY OF NEW YORK, *et al.*

                Defendants.

No. 15-cv-5273 (LTS) (HBP)

## DECLARATION OF CHARLES J. HAMILTON

Charles J. Hamilton hereby declares, pursuant to 28 U.S.C. § 1746:

1. I am associated with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Brooklyn Defender Services, The Bronx Defenders, Center for Family Representation, Inc., and Neighborhood Defender Service of Harlem (collectively, the "Parent Advocates"). I respectfully submit this declaration in support of the Parent Advocates' motion to intervene for the limited purpose of objecting to the settlement.

2. Attached as Exhibit A is a true and correct copy of the Parent Advocates' Objection to the Proposed Settlement.

3. Attached as Exhibit B is a true and correct copy of the Expert Declaration of Christine Gottlieb, Adjunct Professor at the New York University School of Law and the Co-Director of the New York University School of Law Family Defense Clinic.

4. Attached as Exhibit C is a true and correct copy of the Declaration of Lauren Shapiro, Director of the Family Defense Practice at Brooklyn Defender Services.

5. Attached as Exhibit D is a true and correct copy of the Declaration of Emma Ketteringham, Director of the Family Defense Practice at The Bronx Defenders.

6. Attached as Exhibit E is a true and correct copy of the Declaration of Michele Cortese, Executive Director at Center for Family Representation, Inc.

7. Attached as Exhibit F is a true and correct copy of the Declaration of Stacy Charland, Managing Attorney of the Family Defense Team at the Neighborhood Defender Service of Harlem.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
June 21, 2016

_____
Charles J. Hamilton