UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELISA W., by her next friend, Elizabeth Barricelli, *et al.*,<br><br>                              Plaintiffs,<br><br>           -against-<br><br>THE CITY OF NEW YORK, *et al.*,<br><br>                              Defendants. | 15 Civ. 5273 (LTS) (HBP) |

# ELISA W. DECLARATION
# FILED UNDER SEAL