USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-4-2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ELISA W., *et al.*,

Plaintiffs,

-against-

THE CITY OF NEW YORK, *et al.*,

Defendants.

15 Civ. 5273 (LTS) (HBP)

**MEMO ENDORSED**

## NOTICE OF MOTION TO SUBSTITUTE MICHAEL B. MUSHLIN AND SHAMARA MILLS AS NEXT FRIENDS

PLEASE TAKE NOTICE that, upon the declarations of Michael B. Mushlin and Shamara Mills, executed on August 14, 2019 and October 18, 2019 respectively, and the accompanying Memorandum of Law in Support of Named Plaintiff Children's Motion to Substitute Michael B. Mushlin and Shamara Mills As Next Friends, Plaintiffs Elisa W.; Alexandria R., by her next friend, Alison Max Rothschild; Thierry E., by his next friend, Amy Mulzer; Lucas T., Ximena T., Jose T.C. and Valentina T.C., by their next friend, Rachel Friedman; Ayanna J., by her next friend, Meyghan McCrea; Olivia and Ana-Maria R., by their next friend, Dawn Cardi; Xavion M., by his next friend, Michael B. Mushlin; Dameon C., by his next friend, Reverend Doctor Gwendolyn Hadley-Hall; Tyrone M., by his next friend, Bishop Lillian Robinson-Wiltshire; Brittney W., by her next friend, Yusuf El Ashmawy; Mikayla G., by her next friend, Amy Mulzer; Myls J. and Malik M., by their next friend, Elizabeth Hendrix; and Emmanuel S. and Matthew V., by their next friend, Samuel D. Perry (collectively, "Named Plaintiff Children"), respectfully move this Court before Hon. Laura Taylor Swain at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, Courtroom 17C for an order pursuant to Fed. R. Civ. P. 17(c) substituting Michael B.

Mushlin for Amy Mulzer and Shamara Mills for Yusuf El Ashmawy as the next friends

for Named Plaintiff Children Mikayla G., Thierry E and Brittney W. .and amending the

caption to read as follows:

> "ELISA W., ALEXANDRIA R., by her next friend,
> Alison Max Rothschild; THIERRY E., by his next
> friend, Michael B. Mushlin; LUCAS T., XIMENA T.,
> JOSE T.C. AND VALENTINA T.C., by their next
> friend, Rachel Friedman; AYANNA J., by her
> next friend, Meyghan McCrea; OLIVIA and
> ANA-MARIA R., by their next friend, Dawn
> Cardi; XAVION M., by his next friend, Michael
> B. Mushlin; DAMEON C., by his next friend,
> Reverend Doctor Gwendolyn Hadley-Hall;
> TYRONE M., by his next friend, Bishop Lillian
> Robinson-Wiltshire; BRITTNEY W., by her next
> friend, Shamara Mills; MIKAYLA G.,
> by her next friend, Michael B. Mushlin; MYLS J. AND
> MALIK M., by their next friend, Elizabeth Hendrix;
> and EMMANUEL S. AND MATTHEW V., by their
> next friend, Samuel D. Perry, individually and on
> behalf of a class of all others similarly situated,

Plaintiffs,

-against-

> THE CITY OF NEW YORK; the NEW YORK
> CITY ADMINISTRATION FOR CHILDREN'S
> SERVICES; DAVID HANSELL, Commissioner
> of the New York City Administration for
> Children's Services, in his official capacity; the
> STATE OF NEW YORK; the NEW YORK
> STATE OFFICE OF CHILDREN AND FAMILY
> SERVICES; and SHEILA J. POOLE, Acting
> Commissioner of the New York State Office of
> Children and Family Services, in her official
> capacity,

Defendants."

2

The City Defendant has consented to the substitution of Ms. Mills as Brittney W.'s next friend; the State Defendant takes no position. Both the State and City Defendants take no position as to the substitution of Mr. Mushlin as Mikayla G.'s and Thierry E.'s next friend. Named Plaintiff Children respectfully request that the Court grant this motion.

The within Motion for the substitution of Ms Mills as next friend to Brittney W. and for the substitution of Mr Mushlin as next friend to Mikayla G. and Thierry E. is granted, and the Clerk of Court is directed to update the caption as set forth above. DE #463 resolved.

SO ORDERED:

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

12/4/19

3

New York, NY
November 1, 2019

Respectfully submitted,

by *M. Robinson Lowry* /
Marcia Robinson Lowry
Sarah W. Jaffe                    BMD

A Better Childhood, Inc.
355 Lexington Avenue, Floor 16
New York, NY 10017
(646) 975-4456
mlowry@abetterchildhood.org
sjaffe@abetterchildhood.org

CRAVATH, SWAINE & MOORE LLP

*Julie A. North* /
Julie A. North
Gregg A. Fish                    BMD
Max A. Winograd
Amanda S. Coleman
Colleen M. Schmalberger

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
jnorth@cravath.com
gfish@cravath.com
mwinograd@cravath.com
acoleman@cravath.com
cschmalberger@cravath.com

*Attorneys for Plaintiffs Elisa W., Alexandria R., by her
next friend, Alison Max Rothschild; Thierry E., by his
next friend, Amy Mulzer; Lucas T., Ximena T., Jose T.C.
and Valentina T.C., by their next friend, Rachel
Friedman; Ayanna J., by her next friend, Meyghan
McCrea; Olivia and Ana-Maria R., by their next friend,
Dawn Cardi; Xavion M., by his next friend, Michael B.
Mushlin; Dameon C., by his next friend, Reverend
Doctor Gwendolyn Hadley-Hall; Tyrone M., by his next
friend, Bishop Lillian Robinson-Wiltshire; Brittney W.,
by her next friend, Yusuf El Ashmawy; Mikayla G., by*

4

*her next friend, Amy Mulzer; Myls J. and Malik M., by their next friend, Elizabeth Hendrix; and Emmanuel S. and Matthew V., by their next friend, Samuel D. Perry, individually and on behalf of a class of all others similarly situated.*