UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., et al.

                       Plaintiffs,

  -against-

THE CITY OF NEW YORK, et al.,

                       Defendants.

No. 15CV5273-LTS

ORDER

The final pretrial conference currently scheduled for December 20, 2019, is hereby adjourned to **Friday, March 13, 2020 at 2:00 p.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
       December 13, 2019

                                              /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                           United States District Judge