

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-2020

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**JONATHAN PINES**
Tel.: (212) 356-2082
Fax: (212) 356-8760
(correspondence only)
email: jpines@law.nyc.gov

February 27, 2020

By ECF and Fax (212-805-0426)

Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *Elisa W. v. The City of New York, et al.*
           15 CV 5273 (LTS) (SLC)

Dear Judge Swain:

    On behalf of the parties in the above-referenced action, I write to request that, while the status of the restoration of Plaintiffs' class certification motion remains an open question, the Final Pretrial Conference, currently set for March 13, 2020 at 2:00 p.m., be adjourned sine die.

    Thank you for your consideration of this request.

*The FPTC is adjourned to October 2, 2020 at 2:00pm as a control date. The parties must file a joint status report by July 31, 2020. DE #471 resolved.*

Very truly yours,

s/
Jonathan Pines
Assistant Corporation Counsel

SO ORDERED:

Copies to All Counsel by ECF

/s/ LTS 2/28/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE