UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELISA W., by her next friend, Elizabeth Barricelli, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> THE CITY OF NEW YORK, *et al.*, <br><br> Defendants. | 15 Civ. 5273 (LTS) (SLC) |

### NOTICE AND [PROPOSED] ORDER FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Luke X. Flynn-Fitzsimmons, and subject to the approval of the Court, Luke X. Flynn-Fitzsimmons hereby withdraws as counsel for Intervenors Brooklyn Defender Services, The Bronx Defenders, Center for Family Representation, Inc., and Neighborhood Defender Service of Harlem (the "Parent Advocate Intervenors"), and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. Audra J. Soloway of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent the Parent Advocate Intervenors in this proceeding.

Dated: New York, New York
March 4, 2020

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: _____
Luke X. Flynn-Fitzsimmons

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
lflynn-fitzsimmons@paulweiss.com

The Clerk of Court is respectfully directed to terminate Attorney Luke Xavier Flynn-Fitzsimmons' appearance as attorney for Intervenors Brooklyn Defender Services, The Bronx Defenders, Center for Family Representation, Inc., and Neighborhood Defender Service of Harlem.

SO ORDERED: 3/5/2020

_____
Sarah L Cave
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| ELISA W., by her next friend, Elizabeth Barricelli, *et al.*, | |
|---|---|
| Plaintiffs, | 15 Civ. 5273 (LTS) (HBP) |
| -against- | |
| THE CITY OF NEW YORK, *et al.*, | |
| Defendants. | |

## DECLARATION OF LUKE X. FLYNN-FITZSIMMONS

1. I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Intervenors Brooklyn Defender Services, The Bronx Defenders, Center for Family Representation, Inc., and Neighborhood Defender Service of Harlem (the "Parent Advocate Intervenors"). I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel because I am leaving the employ of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

2. Audra J. Soloway of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent the Parent Advocate Intervenors in this proceeding.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not retaining a charging lien.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
March 4, 2020

_____
Luke X. Flynn-Fitzsimmons

## CERTIFICATE OF SERVICE

I hereby certify that, on March 4, 2020, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and upon the following via Federal Express:

Lauren Shapiro
Brooklyn Defender Services
177 Livingston Street, 7th Fl.
Brooklyn, NY 11201

Emma Ketteringham
Bronx Defenders
360 East 161st St.
Bronx, NY 10451

Maura Keating
Center for Family Representation
40 Worth Street, Suite 605
New York, NY 10013

Zainab Akbar
Neighborhood Defender Service
317 Lenox Ave
New York, NY 10027

_____
Luke X. Flynn-Fitzsimmons