USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/30/2020_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ELISA W., *et al.*,

                                      Plaintiffs,

                    -against-

THE CITY OF NEW YORK, *et al.*,

                                      Defendants.

15 Civ. 5273 **(KMW) (SLC)**

## SECOND AMENDED SCHEDULING ORDER

| Event | Date |
|---|---|
| Completion of Plaintiffs' Document Productions | October 30, 2020 |
| Defendants File Daubert Motion | ~~November 30, 2020~~  January 11, 2021 |
| Plaintiffs File Opposition to Daubert Motion | ~~December 14, 2020~~  January 25, 2021 |
| Defendants File Reply In Support of Daubert Motion Due | ~~December 21, 2020~~  February 2, 2021 |
| Completion of City Defendants' Document Productions | February 6, 2021 |
| Close of Expert Depositions | ~~3 weeks after close of City Defendants' document productions~~  March 1, 2021 |
| Plaintiffs' File Reply In Support of Class Certification Motion | ~~3 weeks after completion of expert depositions~~  March 22, 2021 |
| Final Pre-Trial Conference | TBD |

City Defendant's request for an extension to the deadline for filing a Daubert motion and to supplement the November 27, 2020 Scheduling Order is granted.  (ECF No. 504.)

Counsel are advised that further extensions to the deadline for filing a Daubert motion shall not be granted absent a showing of good cause.

SO ORDERED.
Dated:  December 30, 2020

   */s/ Kimba M. Wood*

The Honorable Kimba M. Wood
United States District Judge