UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/16/2021_____
```

ELISA W., *et al.*,

                              Plaintiffs,

    -against-

THE CITY OF NEW YORK, *et al.*,

                             Defendants.

15 Civ. 5273 (KMW) (SLC)

## [~~PROPOSED~~] THIRD AMENDED SCHEDULING ORDER

| Event | Date |
|---|---|
| Completion of the City's Document Production | January 27, 2021 |
| Deposition of Dr. Jeane W. Anastas | February 8, 2021 |
| Plaintiffs file Opposition to Daubert Motion | February 22, 2021 |
| Defendants File Reply In Support of Daubert Motion | March 1, 2021 |
| Close of Expert Depositions | March 1, 2021 |
| Plaintiffs' File Reply In Support of Class Certification Motion | March 22, 2021 |
| Final Pre-Trial Conference | TBD |

SO ORDERED
Dated: January 16, 2021

                                                  */s/ Kimba M. Wood*
                                       The Honorable Kimba M. Wood
                                       United States District Judge