## CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1752

WRITER'S EMAIL ADDRESS
jnorth@cravath.com

JOHN W. WHITE
EVAN R. CHESLER
STEPHEN L. GORDON
ROBERT H. BARON
DAVID MERCADO
CHRISTINE A. VARNEY
PETER T. BARBUR
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
PHILIP J. BOECKMAN
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS

ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
DAVID S. FINKELSTEIN
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
DAMIEN R. ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA

RORY A. LERARIS
KARA L. MUNGOVAN
MARGARET T. SEGALL
NICHOLAS A. DORSEY
ANDREW C. ELKEN
JENNY HOCHENBERG
VANESSA A. LAVELY
G.J. LIGELIS JR.
MICHAEL E. MARIANI
LAUREN R. KENNEDY
SASHA ROSENTHAL-LARREA
ALLISON M. WEIN
MICHAEL P. ADDIS

BRITTANY L. SUKIENNIK
ANDREW M. WARK

PARTNER EMERITUS
SAMUEL C. BUTLER

OF COUNSEL
MICHAEL L. SCHLER
CHRISTOPHER J. KELLY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/3/21_____

April 1, 2021

*Elisa W. v. The City of New York, et al.*,
No. 15-CV-5273 (KMW) (SLC)

**MEMO ENDORSED**

Dear Judge Wood:

Pursuant to Rule 5.B. of Your Honor's Individual Rules of Practice, we write on behalf of Named Plaintiff Children requesting approval of certain redacted filings in connection with Named Plaintiff Children's Reply Brief in support of their Renewed Motion for Class Certification.

**Granted - KMW**

In order to protect the identity and personal information of the Named Plaintiff Children, and consistent with the governing Protective Order in this case, ECF No. 391, we redacted from Exhibit 9 personally identifying information of one of the Named Plaintiff Children. Exhibit 9 is an excerpt from Named Plaintiff Child Elisa W.'s Family Services Progress Notes, which were produced by City Defendant. Under the operative Protective Order, information about any person previously in the care and custody of the Commissioner of ACS for purposes of foster care reflected in "case-specific files" maintained by ACS should be treated as "Confidential Information" and "be filed in a sealed envelope, or filed electronically under seal, if permitted by court rule". *See* ECF No. 391, at ¶¶ 1, 2, 19.

Named Plaintiff Children have conferred with City and State Defendants, City Defendant consented to this request and State Defendant deferred to City Defendant. Named Plaintiff Children are available at the Court's convenience should Your Honor have any questions or wish to discuss this request.

**SO ORDERED.
Dated: April 3, 2021
New York, NY**

_____/s/ Kimba M. Wood_____
**The Honorable Kimba M. Wood
United States District Judge**

Sincerely,

Julie A. North

The Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY, 10007

BY ECF
Encl.

Copies to:

Jonathan Pines
New York City Law Department
100 Church Street, Room 2663
New York, NY 10007
(212) 356-2082
jpines@law.nyc.gov

Samantha L. Buchalter
New York State Office of The Attorney General
28 Liberty Street
New York, Y 10005
(212) 41606582
Samantha.buchalter@ag.ny.gov