UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ELSIA W., *et al*

                        Plaintiffs,

     v.

THE CITY OF NEW YORK, et al.,

                        Defendants.
---------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: September 19, 2023

15-CV-5273 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

     In light of the Second Circuit's reversal of this Court's September 3, 2021, Order denying class certification in this case, the Court will expedite proceedings in this case as much as possible.

     As a first step, the Court orders counsel to send to the Court, no later than October 11, 2023, a letter setting forth in detail the current status of the litigants, and the issues to be decided between now and notice to class members. The parties shall also file a joint Pretrial Order, no later than October 11, 2023, that adheres to the requirements of this Court's Individual Rules.

     The Court is aware that agreement among the parties may not be possible. In any respect in which agreement is not possible, the parties are ordered to specify the dates and issues to which they can agree, and their reasons for not agreeing to the remainder.

     SO ORDERED.

Dated: New York, New York
          September 19, 2023

                                                  */s/ Kimba M. Wood*
                                                    KIMBA M. WOOD
                                          United States District Judge