```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __October 3, 2023_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ELISA W., *et al.,*

                Plaintiff[s],

   -against-

THE CITY OF NEW YORK, *et al.*,

                Defendant[s].
---------------------------------------------------------X

[15-CV-5273] (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      The Court has received the parties' September 27, 2023 Joint Letter.   (ECF. No 556). The Court has considered the parties' respective positions and grants Defendants' request to (a) make submissions "to update the Court as to current ACS policies and practices relevant to Plaintiffs' motion," and (b) submit a legal memorandum "addressing the application of the standard enunciated by the Circuit in remanding the question of the propriety of class certification back to this Court."   The Court hereby ORDERS that:

1. Defendants' submissions are due by October 30, 2023.

2. Plaintiffs' submissions are due by November 13, 2023.

3. Further discovery shall await the Court's ruling on Plaintiffs' Renewed Motion for Class Certification.

      SO ORDERED.

Dated: New York, New York
       October 3, 2023

                                                      */s/ Kimba M. Wood*
                                                      KIMBA M. WOOD
                                             United States District Judge