UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., et al.,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 15 Civ. 5273 (KW) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On December 6, 2024, the Honorable Kimba Wood referred this matter to the undersigned to oversee discovery. (ECF No. 598 at 8). Consequently, all pretrial motions and applications relating to discovery must be made to Judge Cave and in compliance with this Court's Individual Practices, available on the Court's website at https://nysd.uscourts.gov/hon-sarah-l-cave. In addition, a Telephone Conference (the "Conference") is scheduled for **Monday, January 6, 2025 at 12:00 p.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 217-158-097#, at the scheduled time. At the Conference, the parties shall be prepared to discuss the status of discovery and the parties' anticipated submission of a proposed discovery schedule.

Dated:     New York, New York
            December 10, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge