UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ELISA W., et al.,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 15 Civ. 5273 (KW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, January 6, 2025, the Court orders as follows:

1. Consistent with the Honorable Kimba Wood's Order at ECF No. 599, the parties shall file a joint proposed discovery schedule (the "Proposed Schedule") by **Friday, January 10, 2025.** The Proposed Schedule may be up to five (5) pages in length and must contain proposed deadlines for the following items:

    a. Substantial completion of document production.

    b. Plaintiffs' filing of an amended complaint.

    c. Completion of all fact discovery.

    d. Completion of expert discovery.

2. A follow-up telephonic status conference is scheduled for **Tuesday, January 14, 2025 at 11:00 a.m.** on the Court's Microsoft Teams platform (the "Conference"). The parties are directed to call: (646) 453-4442; access code: 171-698-907#, at the scheduled time. At the Conference, the parties shall be prepared to discuss the Proposed Schedule and any

2

issues about which they have met and conferred and are ripe for the Court's consideration.

Dated: New York, New York
January 6, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge