UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., et al.,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic status conference held today, February 10, 2025, a follow-up status conference is scheduled for **Thursday, February 27, 2025 at 3:00 p.m. EST** on the Court's Microsoft Teams platform (the "Conference"). The parties are directed to call: (646) 453-4442; access code: 731-247-192#, at the scheduled time. By **Monday, February 24, 2025**, the parties shall file a joint letter identifying any issues about which they have met and conferred and are ripe for the Court's consideration at the Conference.

Dated:    New York, New York
           February 10, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge