UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., et al.,

                Plaintiffs,

  -v-

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic status conference held today, February 27, 2025, a follow-up status conference is scheduled for **Wednesday, March 26, 2025 at 10:00 a.m. EST** on the Court's Microsoft Teams platform (the "Conference"). The parties are directed to call: (646) 453-4442; access code: 774-164-309#, at the scheduled time. By **Friday, March 21, 2025**, the parties shall file a joint letter identifying any issues about which they have met and conferred and are ripe for the Court's consideration at the Conference.

Dated:    New York, New York
            February 27, 2025

                                  SO ORDERED.

                                  _____
                                  **SARAH L. CAVE**
                                  **United States Magistrate Judge**