UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., et al.,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, March 26, 2025, the Court orders as follows:

1. Plaintiffs' request for an extension of time to file any motion to amend ("MTA") and proposed amended complaint is GRANTED IN PART and DENIED IN PART, as follows:

    a. Plaintiffs' deadline to file any MTA is EXTENDED to **Friday, April 11, 2025**.

    b. By **Friday, April 25, 2025**, Defendants shall file any opposition to the MTA.

    c. By **Friday, May 2, 2025**, Plaintiffs shall file any reply in support of the MTA.

    d. The Amended Case Management Plan at ECF No. 605 otherwise remains in effect.

2. A follow-up status conference is scheduled for **Wednesday, April 23, 2025 at 2:30 p.m. EST** on the Court's Microsoft Teams platform (the "Conference"). The parties are directed to call: (646) 453-4442; access code: 278-765-739#, at the scheduled time. By **Friday, April 18, 2025**, the parties shall file a joint letter identifying

2

any issues about which they have met and conferred and are ripe for the Court's consideration at the Conference.

Dated:	New York, New York
	March 26, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2