UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELISA W., et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF NEW YORK, et al.,<br><br>　　　　　Defendants. | Case No. 1:15-cv-05273-JAV-SLC |

## MOTION TO WITHDRAW AS ATTORNEY

Cara Chomski moves this Court pursuant to Local Rule 1.4 for an order granting me permission to withdraw as counsel for Defendants the New York State Office of Children and Family Services and Sheila J. Poole, in her official capacity as Acting Commissioner of the New York State Office of Children and Family Services (together, "State Defendants"), in the above-captioned action. The reason for this Motion to Withdraw is that I am no longer employed by the New York State Office of the Attorney General. Members of the New York State Office of the Attorney General will continue to serve as the attorneys of record in this matter and will continue representing State Defendants as counsel in this matter. A retaining or charging lien is not being asserted.

Dated:　April 14, 2025
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Cara Chomski*
　　　　　　　　　　　　　　　　　　　Cara B. Chomski
　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　U.S. Equal Employment Opportunity Commission
　　　　　　　　　　　　　　　　　　　New York District Office
　　　　　　　　　　　　　　　　　　　33 Whitehall Street, 5th Floor
　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　Tel.: (929) 506-5275
　　　　　　　　　　　　　　　　　　　Email: cara.chomski@eeoc.gov