UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELISA W., <u>et al.</u>,<br><br>                              Plaintiffs,<br><br>     -v-<br><br>THE CITY OF NEW YORK, <u>et al.</u>,<br><br>                              Defendants. | CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, April 23, 2025, the Court orders as follows:

1. State Defendants are not required, at this time, to include current and former Commissioners of the Office of Children and Family Services (the "Commissioners") as custodians for the purpose of ESI production. The parties shall meet and confer as to this issue and are directed to negotiate search terms designed to yield relevant communications with the Commissioners.

2. A follow-up status conference is scheduled for **Tuesday, May 20, 2025 at 4:00 p.m. EST** on the Court's <u>Webex</u> platform (the "Conference"). The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time. By **Friday, May 16, 2025**, the parties shall file a joint letter identifying any issues about which they have met and conferred and are ripe for the Court's consideration at the Conference.

Dated:      New York, New York
            April 23, 2025

2

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge