UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., et al.,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion held at the telephonic conference today, July 18, 2025, the Court ADOPTS the following briefing schedule for Defendants' motions to dismiss the Second Amended Complaint as proposed by the parties:

1. Defendants shall file their motions by **Wednesday, July 30, 2025**;

2. Plaintiffs shall file their opposition by **Friday, September 5, 2025**; and

3. Defendants shall file their reply, if any, **by Friday, September 26, 2025.**

A follow-up status conference is scheduled for **Friday, August 1, 2025 at 12:30 p.m. EST** on the Court's conference line. The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time. By **Wednesday, July 30, 2025**, the parties shall file a joint letter identifying any ripe discovery issues.

Dated:      New York, New York
               July 18, 2025

SO ORDERED.

*Sarah Cave* (signature)

2

_____
**SARAH L. CAVE**
**United States Magistrate Judge**