# C L I F F O R D
# C H A N C E

**CLIFFORD CHANCE US LLP**

TWO MANHATTAN WEST
375 NINTH AVENUE
NEW YORK, NY 10001

TEL +1 212 878 8000
FAX +1 212 878 8375

www.cliffordchance.com

**BY ECF**

Direct Dial: +1 2128783051
E-mail: celeste.koeleveld@cliffordchance.com

Honorable Sarah L. Cave
United States Magistrate Judge, SDNY
United States Courthouse
500 Pearl Street
New York, New York 10007

July 30, 2025

**Re:  Elisa W. v. City of New York, 15 Civ. 5273 (JAV) (SLC)**

Your Honor:

City Defendant respectfully requests a one-day extension to submit the parties' joint status letter identifying any discovery issues ripe for decision at the next status conference, which was recently adjourned to Monday, August 4, at 3:15 pm.  City Defendant and Plaintiffs have met multiple times since the last status conference regarding custodians and search terms and continue to exchange proposals. To capture that engagement fully, and in light of today's deadline to respond to the Second Amendment Complaint, we respectfully request until tomorrow, July 31, 2025, to file the joint status letter.  I have communicated with Justin C. Clarke, one of the attorneys representing Plaintiffs, and he consents to the extension request.

Thank you for your consideration.

Respectfully submitted,

*/s/ Celeste Koeleveld*

Celeste L.M. Koeleveld

cc:     All Counsel of Record (*via ECF*)

24014534634-v1

---

The parties' request for a one-day extension of time to file their joint status letter at ECF No. 666 is GRANTED. The Court reminds the parties to adhere to the undersigned's Individual Practice Rules, particularly Rule I.D., which requires parties to submit requests for adjournments of time at least 48 hours in advance of the deadline.

SO ORDERED   7/31/25

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge