UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., et al.,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      Pursuant to the discussion held at the telephonic conference today, August 4, 2025, a follow-up status conference (the "Conference") is scheduled for **Tuesday, August 19, 2025 at 2:00 p.m. EST** on the Court's conference line. The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time. By 5:00 p.m. on **Friday, August 15, 2025**, if Plaintiffs and the City Defendants remain at an impasse on search terms and custodians, they shall file a joint letter identifying each party's competing proposal to be discussed at the Conference.

Dated:      New York, New York
             August 4, 2025

                                        SO ORDERED.

                                        _/s/ Sarah L. Cave_
                                        **SARAH L. CAVE**
                                        United States Magistrate Judge