UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELISA W., <u>et al.</u>,<br><br>                    Plaintiffs,<br><br>    -v-<br><br>THE CITY OF NEW YORK, <u>et al.</u>,<br><br>                    Defendants. | CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)<br><br>**POST-CONFERENCE ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion held at the telephonic conference today, August 19, 2025, a follow-up status conference is scheduled for **Thursday, September 11, 2025 at 2:00 p.m. EST** on the Court's conference line. The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time. By 5:00 p.m. on **Monday, September 8, 2025**, the parties shall file a joint letter identifying any discovery issues ripe for the Court's attention at that time.

Dated:    New York, New York
          August 19, 2025

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              United States Magistrate Judge