UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., et al.,

                Plaintiffs,

  -v-

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Pursuant to the discussion held at the telephonic status conference today, September 11, 2025, a follow-up status conference is scheduled for **Tuesday, October 7, 2025 at 3:30 p.m. EST** on the Court's conference line. The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time. By **Friday, October 3, 2025**, the parties shall file a joint letter identifying any discovery issues ripe for the Court's attention at that time.

Dated:    New York, New York
             September 11, 2025

                                      SO ORDERED.

                                      _____
                                      **SARAH L. CAVE**
                                      **United States Magistrate Judge**