UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., et al.,

               Plaintiffs,

  -v-

THE CITY OF NEW YORK, et al.,

               Defendants.

CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion held at the telephonic status conference today, November 5, 2025 (the "Conference"), the Court orders as follows:

1. By **Friday, November 14, 2025 at 5:00 p.m. ET**, Plaintiffs and the State Defendant shall submit their prior letters on the redaction issue discussed at the Conference along with an exemplar showing each party's proposed approach to the redactions.

2. A follow-up status conference is scheduled for **Friday, November 14, 2025 at 11:00 a.m. ET** on the Court's conference line.  Counsel for Plaintiffs and the City Defendant are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time.

Dated:     New York, New York
            November 5, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge