UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., et al.,

                              Plaintiffs,

           -v-


THE CITY OF NEW YORK, et al.,

                              Defendants.

CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion held at the telephonic status conference today, November 17, 2025 (the "Conference"), the Court orders as follows:

1. A follow-up status conference is scheduled for **Tuesday, December 2, 2025 at 12:00 p.m. ET** on the Court's conference line.  The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time.

2. By **5:00 p.m. on Monday, November 24, 2025**, Plaintiffs and the State Defendant shall file a joint status letter on how they plan proceed with the redactions discussed at the Conference.

Dated:       New York, New York
             November 17, 2025

                              SO ORDERED.


                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**