UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., et al.,

                        Plaintiffs,

    -v-

THE CITY OF NEW YORK, et al.,

                        Defendants.

CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion held at the telephonic status conference today, December 2, 2025 (the "Conference"), the Court orders as follows:

1. Plaintiffs made an oral motion to compel the State Defendant to leave unredacted the full names, dates of birth, and numerical identifiers of non-parties in their document productions (the "MTC"). The State Defendant agreed to leave the first names, first initial of last names, and numerical identifiers unredacted while only redacting the last names other than the first initial.

2. The MTC is DENIED for the reasons stated on the record. The State Defendant shall produce the personal identifying information of non-parties leaving only the last name other than the first initial unredacted. The Court will adopt State Defendant's Proposed Order, with one modification as discussed during the Conference, separately.

3. A discovery status conference is scheduled for **Wednesday, December 17, 2025 at 2:00 p.m. ET** on the Court's conference line. The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time.

4. By **Friday, December 5, 2025**, the parties shall order a copy of the transcript of the Conference.

Dated:     New York, New York
           December 2, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2