UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., et al.,

                                    Plaintiffs,

          - against -

THE CITY OF NEW YORK and DAMIA HARRIS-
MADDEN, Commissioner of the New York State
Office of Children and Family Services, in her
official capacity,

                                    Defendants.

15 Civ. 5273 (JAV) (SLC)

[~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that documents and communications produced in discovery

in this action by Defendant DaMia Harris-Madden, in her official capacity as Commissioner of

the New York State Office of Children and Family Services ("State Defendant"), shall be

redacted subject to the following conditions:

1.      "Family members" means biological, foster, and adoptive family members of

children in the custody of the Commissioner of the New York City Administration for Children's

Services ("ACS").

2.      "Personally Identifying Information" ("PII") is information that can be used to

identify an individual, and includes an individual's name, date of birth, social security number,

address, telephone number, and email address.

3.      For documents and communications dated before August 23, 2024 that contain

the PII of children in the custody of the Commissioner of ACS, State Defendant shall redact all

PII except for the child's first name, last initial, and date of birth.
In addition, State Defendants will not redact any child identification numbers or other numerical identifiers.

4.      For documents and communications, irrespective of date, that contain the PII of family members, State Defendant shall redact all PII except for the family member's first name, last initial, and date of birth.

5.      The inadvertent production by State Defendant of unredacted PII, other than first names, last initials, and dates of birth, shall not be deemed to waive the privacy interests of any non-party to this action.

6.      This Order is without prejudice to any party's ability to request the disclosure of additional PII on a document-by-document basis.

7.      This Order does not supersede, and shall not affect the applicability of, the Second Amended Protective Order, ECF No. 391.

Dated:       New York, NY
             ~~November~~ 2 , 2025
             December

_____
Hon. Sarah L. Cave
United States Magistrate Judge

2