UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., et al.,

                              Plaintiffs,

    -v-

THE CITY OF NEW YORK, et al.,

                              Defendants.

CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion held at the telephonic status conference yesterday, December 17, 2025 (the "Conference"), the Court orders as follows:

1. By **Wednesday, December 24, 2025**, the City Defendant shall file, with an accompanying cover letter no longer than 750 words, a list of the 28 custodians that are not currently under review, including their title, years employed by the City, their responsiveness rate, the number of responsive documents for each custodian, and a description of their role (the "City Custodian List").  The City shall also indicate which of the 28 custodians they propose to review.

2. By **Wednesday, January 7, 2026,** Plaintiffs shall respond to the City Custodian List in a letter no longer than 750 words.  If Plaintiffs disagree about the custodians for review, Plaintiffs shall explain which additional custodian(s) they contend should be reviewed and why.

3. A discovery status conference prior to the deadline for the substantial completion of document productions of **January 30, 2026** (see Dkt. No. 685 at 4–5), is scheduled for

**Tuesday, January 13, 2026 at 11:00 a.m. ET** on the Court's conference line. The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time. The parties shall file a joint status letter by **Wednesday, January 7, 2026** indicating any ripe discovery issues, other than the City Custodian List, for the Court's attention.

4. By **Tuesday, December 23, 2025**, the parties shall order a copy of the transcript of the Conference.

Dated:      New York, New York
           December 18, 2025

SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge

2