# Clifford Chance

**BY ECF**

Honorable Sarah L. Cave                                      December 24, 2025
United States Magistrate Judge, SDNY
United States Courthouse
500 Pearl Street
New York, NY 10007

**RE: Elisa W. v. City of New York, 15 CV 5273 (S.D.N.Y.)**

Your Honor:

I write on behalf of the City Defendant to request until Monday, December 29, to submit the City Custodian List and a cover letter identifying which of the remaining 28 ESI custodians the City proposes to review. *See* ECF 715. I apologize for the late filing of this extension request; we had hoped to make the filing today, but the intervening holiday has made it difficult for us to finalize our submission today.

I have communicated with Justin Clarke, Esq., and Plaintiffs have no objection to the City Defendant's request for an extension. In light of the City's request, Mr. Clarke requests until Friday, January 9, to file Plaintiffs' response. The next status conference is scheduled for Tuesday, January 13.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Celeste Koeleveld*

Celeste L.M. Koeleveld
Clifford Chance U.S. LLP

cc:     All counsel of record (via ECF)

---

The City Defendant's request at Dkt. No. 717 is GRANTED. The City Defendant shall file its list of custodians by **Monday, December 29, 2025.** Plaintiffs shall file their response by **Friday, January 9, 2026.**

The Clerk of the Court is respectfully directed to close Dkt. No. 717.

SO ORDERED    12/29/25

SARAH L. CAVE
United States Magistrate Judge

---

**Clifford Chance US LLP**
Two Manhattan West · 375 9th Avenue · New York, NY 10001
Tel +12128788000 · Direct Dial +12128803051 · celeste.koeleveld@cliffordchance.com · cliffordchance.com