UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELISA W., et al.,<br><br>                              Plaintiffs,<br><br>   -v-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                              Defendants. | CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)<br><br>**POST-CONFERENCE ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion held at the telephonic status conference today, January 13, 2026 (the "Conference"), the Court orders as follows:

1.  The City Defendant's ESI review shall include the following additional custodians: Julie Farber, Susan Morley, Joan Cleary, Eden Hauslaib, Alexandra Shaw, and Grisel de la Cruz.

2.  The Plaintiffs and the City Defendant shall meet and confer before the next status conference on the potential additional search terms or other limitations to apply to reduce the responsive ESI for custodians David Nish and Beverly Ali.

3.  A discovery status conference is scheduled for **Tuesday, January 27, 2026 at 12:00 p.m. ET** on the Court's conference line.  The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time.

4. By **Friday, January 16, 2026**, the parties shall order a copy of the transcript of the

Conference.

Dated:        New York, New York
              January 13, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2