UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., et al.,

                          Plaintiffs,

     -v-

THE CITY OF NEW YORK, et al.,

                          Defendants.

CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion held at the telephonic status conference today, January 27, 2026 (the "Conference"), the Court orders as follows:

1. The Plaintiffs and the City Defendant have agreed to modifications to narrow the ESI search for custodians David Nish and Beverly Ali.

2. The substantial completion deadline for fact discovery is EXTENDED to **Monday, June 1, 2026.**

3. A discovery status conference is scheduled for **Wednesday, February 25, 2026 at 11:30 a.m. ET** on the Court's conference line.  The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time.

Dated:      New York, New York
            January 27, 2026

                          SO ORDERED.

                          _____
                          SARAH L. CAVE
                          **United States Magistrate Judge**