UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., et al.,

                          Plaintiffs,

     -v-

THE CITY OF NEW YORK, et al.,

                          Defendants.

CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion held at the telephonic status conference today, February 25, 2026, a discovery status conference is scheduled for **Friday, March 27, 2026 at 4:00 p.m. ET** on the Court's conference line.  The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time.

Dated:      New York, New York
            February 25, 2026

                         SO ORDERED.

                         _____
                         SARAH L. CAVE
                         United States Magistrate Judge