UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELISA W., et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC) |
| -v- | **POST-CONFERENCE ORDER** |
| THE CITY OF NEW YORK, et al., | |
| Defendants. | |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion held during the telephonic status conference today, March 27, 2026, the Court ORDERS as follows:

1. A discovery status conference is scheduled for **Wednesday, April 29, 2026 at 5:00 p.m. ET** on the Court's conference line.  The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time.

2. The fact discovery deadline shall be HELD IN ABEYANCE pending the discussion at the April 29, 2026 conference.

Dated:  New York, New York
        March 27, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**