UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., et al.,

                                       Plaintiffs,

        -v-

THE CITY OF NEW YORK, et al.,

                                       Defendants.

CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion held during the telephonic status conference today, April 29, 2026, the Court ORDERS as follows:

1.  A discovery status conference is scheduled for **Thursday, May 28, 2026 at 12:00 p.m. ET** on the Court's conference line.  The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654 at the scheduled time.

2.  By **5:00 p.m. on Tuesday, May 26, 2026**, the parties shall submit a joint letter indicating the deponents on which the parties agree and whether there are any deponents which the parties dispute.

3. By **Friday, May 8, 2026**, the parties shall submit a revised proposed case management

plan.

Dated:      New York, New York
            April 29, 2026

SO ORDERED.

_____

SARAH L. CAVE
United States Magistrate Judge

2