UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ELISA W., et al., | |
| Plaintiffs, | |
| -v- | CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC) |
| | **POST-CONFERENCE ORDER** |
| THE CITY OF NEW YORK, et al., | |
| Defendants. | |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic status conference held today, May 28, 2026, the Court ORDERS as follows:

1. Plaintiffs and the State Defendant have conferred and agree on the following six OCFS deponents:

   a. Gail Geohagen-Pratt
   b. Jason DeSantis
   c. Sandra Davidson
   d. Rebecca Colman
   e. Jillian Williams
   f. Heather Girard

2. Plaintiffs and the City Defendant have conferred and agree on the following nine deponents:

   a. Camelia Anders
   b. Cheryl Beamon
   c. Sabine Chery
   d. Andrew Mandel
   e. Ina Mendez
   f. Myra Soto-Aponte
   g. Alan Sputz
   h. Andrew White

        i.    Frances Carrero

3. With regard to the five deponents whom Plaintiffs and the City Defendant dispute, the City Defendant shall produce Julie Farber for a 3.5 hour deposition, Grisel de la Cruz for a full day deposition, and Eden Hauslaib for a 2.5 hour deposition. Plaintiffs' request to depose Neil Freedman and Margaret Pletnikoff is DENIED without prejudice.

4. A discovery status conference is scheduled for **Friday, June 26, 2026 at 2:00 p.m. ET** on the Court's conference line. The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654 at the scheduled time.

5. By **5:00 p.m. on Tuesday, June 23, 2026**, the parties shall submit a joint status letter indicating any ripe discovery issues for the Court at that time.

Dated:      New York, New York
             May 28, 2026

SO ORDERED.

_____

**SARAH L. CAVE**
**United States Magistrate Judge**

2