UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., <u>et</u> <u>al.</u>,

                         Plaintiffs,

   -v-

THE CITY OF NEW YORK, <u>et</u> <u>al.</u>,

                         Defendants.

CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic status conference held today, June 26, 2026 (the "Conference"), the Court ORDERS as follows:

1. Defendants shall ascertain and share with Plaintiffs the subcategories of information contained in the following CONNECTIONS tabs: (i) family assessment and service; (ii) progress notes; and (iii) case summary.  The parties shall continue to meet and confer regarding this information, and if the parties remain at an impasse, may raise it at the next conference, scheduled below.

2. By **June 30, 2026**, the parties shall order the transcript of the Conference using the annexed form.

3. Another discovery status conference is scheduled for **July 23, 2026 at 2:00 p.m. ET** on the Court's conference line.  The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654 at the scheduled time.

4. By **5:00 p.m. on Monday, July 20, 2026**, the parties shall submit a joint status letter

indicating any ripe discovery issues for the Court at that time.

Dated:     New York, New York
           June 26, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|