UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., et al.,

Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic discovery status conference held today, July 23, 2026 (the "Conference"), the Court ORDERS as follows:

1. Plaintiffs and the City Defendants shall continue to meet and confer regarding the remaining regularly generated reports and the remaining case files of the named Plaintiffs.
2. Plaintiffs and the State Defendant shall continue to meet and confer regarding Plaintiffs' request for OCFS-7065 forms.
3. The State Defendant shall produce its privilege log(s) on a rolling basis beginning before the next conference, scheduled below.
4. By **July 27, 2026**, the State Defendants shall provide to the Court via the file share link that the Court will email to counsel a copy of the: (i) CFSR; (ii) OSRI template; and (iii) OSRI case summary spreadsheet discussed during the Conference.

5. By **July 27, 2026**, the parties shall order the transcript of the Conference using the annexed form.

6. Another discovery status conference is scheduled for **August 27, 2026 at 3:30 p.m. ET** on the Court's conference line. The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654 at the scheduled time.

7. By **5:00 p.m. on Monday, August 24, 2026**, the parties shall submit a joint status letter indicating any ripe discovery issues for the Court's attention.

Dated: New York, New York
July 23, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| | |
|---|---|
| Case Caption | |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| | | | | |
|---|---|---|---|---|
| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL