UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., et al.,

Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic discovery status conference held today, September 28, 2026 (the "Conference"), the Court **ORDERS** as follows:

1. Plaintiffs and the City Defendants shall continue to meet and confer regarding the Plaintiffs' request for the review and production of ESI from the three email inboxes discussed during the Conference.
2. Plaintiffs, City Defendants, and the State Defendant shall continue to meet and confer regarding the number of depositions of the Voluntary Agencies as discussed during the Conference.
3. Plaintiffs' request for a Federal Rule of Civil Procedure 30(b)(6) deposition seeking "an on-screen demonstration of the CONNECTIONS system" is **DENIED WITHOUT PREJUDICE**. (Dkt. No. 784 at 1).
4. By **October 1, 2026**, the parties shall order the transcript of the Conference using the annexed form.

5. By **October 16, 2026**, the City Defendants and the State Defendants shall each provide to Plaintiffs a substantially complete privilege log concerning documents withheld on the basis of the deliberative process privilege.

6. By **October 23, 2026 at 5:00 p.m.**, the parties shall submit a joint status letter, not to exceed 1050 words, indicating any ripe discovery issues for the Court's attention.

7. Another discovery status conference is scheduled for **October 28, 2026 at 3:30 p.m. ET** on the Court's conference line. The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654 at the scheduled time.

Dated: New York, New York
September 28, 2026

SO ORDERED.

Sarah L. Cave

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ____________________

| Case Caption | |
|---|---|

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL