UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELISA W., et al.,

Plaintiffs,

-v-

THE CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO.: 15 Civ. 5273 (JAV) (SLC)

**POST-CONFERENCE ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the telephonic discovery status conference held today, October 28, 2026 (the "Conference"), the Court **ORDERS** as follows:

1. By **November 2, 2026**, the parties may order the transcript of the Conference using the annexed form.
2. By **November 13, 2026**, the City Defendants shall file a letter, not to exceed 750 words, updating the Court regarding the status of the deliberative process privilege review, declarations, and redactions discussed during the Conference.
3. By **November 30, 2026 at 12:00 p.m. ET**, the parties shall submit a joint letter, not to exceed 1050 words, regarding the status of discovery and indicating any ripe discovery issues for the Court's attention.

4. Another discovery status conference is scheduled for **December 1, 2026 at 2:15 p.m. ET** on the Court's conference line. The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654 at the scheduled time.

Dated: New York, New York
October 28, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 ○ | 3 Day $6.55 ○ | 7 Day $5.85 ○ | 14 Day $5.10 ○ | 30 Day $4.40 ○ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL